# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DONNA COOPER, on Behalf of Herself and all Others Similarly Situated,<br><br>*Plaintiff(s)*<br>v.<br>FLORIDA FIRST INSURANCE AGENCY, LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Florida First Insurance Agency, LLC
      2515 Hollywood Boulevard
      Hollywood, Florida 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Scott A. Bursor
                                 Bursor & Fisher, P.A.
                                 2665 South Bayshore Dr., Suite 220
                                 Miami, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Jul 24, 2018

Steven M. Larimore
Clerk of Court

*s/ Yesenia Rodriguez*
Deputy Clerk
U.S. District Courts