UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case Number: 18-61694-CIV-MORENO

DONNA COOPER,

        Plaintiff,

vs.

FLORIDA FIRST INSURANCE AGENCY,
LLC,

        Defendant.
_____/

## ORDER OF REFERRAL TO MAGISTRATE JUDGE SELTZER
## FOR ALL PRETRIAL PROCEEDINGS

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

PURSUANT to 28 U.S.C. § 636 and the Magistrate Judge Rules of the United States District Court for the Southern District of Florida, the above-captioned action is referred to **United States Magistrate Judge Barry S. Seltzer** to take all necessary and proper action as required by law, **with respect to any and all pretrial matters**. Pursuant to Magistrate Judge Rule 1(C), the Magistrate Judge need not submit a Report and Recommendation to this Court for disposition of non-dispositive motions which have been referred. Any applications for extension or modification of pretrial deadlines or the trial date shall be made to the District Judge.

It shall be the responsibility of the respective parties in this case to note on all motions and submissions pertaining to the referenced matters the name of the assigned Magistrate Judge Barry S. Seltzer.

DONE AND ORDERED in Chambers at Miami, Florida, this ___14___ of September 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Barry S. Seltzer

Counsel of Record