UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:18-CV-61694-XXXX

DONNA COOPER, on Behalf of Herself and all
Others Similarly Situated,

    Plaintiff,

vs.

FLORIDA FIRST INSURANCE AGENCY,
LLC

    Defendant

_____/

## THE DEFENDANT'S, FLORIDA FIRST INSURANCE AGENCY, LLC, ANSWER AND AFFIRMATIVE DEFENSES TO THE CLASS ACTION COMPLAINT

The Defendant, FLORIDA FIRST INSURANCE AGENCY, LLC ("FLORIDA FIRST"), by and through its undersigned counsel and pursuant the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Southern District of Florida, hereby files its Answer and Affirmative Defenses to the Class Action Complaint filed by the Plaintiff, DONNA COOPER, on Behalf of Herself and all Others Similarly Situated ("PLAINTIFF"), and in support thereof, states as follows:

### NATURE OF THE ACTION

1.    FLORIDA FIRST denies the allegations set forth in paragraph 1 of the Complaint as phrased, and demands strict proof thereof.

2.    FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 2 of the Complaint and therefore denies same and demands strict proof thereof.

## PARTIES

3. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 3 of the Complaint and therefore denies same and demands strict proof thereof.

4. FLORIDA FIRST admits the allegations set forth in paragraph 4 of the Complaint.

## JURISDICTION AND VENUE

5. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 5 of the Complaint and therefore denies same and demands strict proof thereof.

6. FLORIDA FIRST denies the allegations set forth in paragraph 6 of the Third Party Complaint, as phrased, and demands strict proof thereof.

7. FLORIDA FIRST admits the allegations set forth in paragraph 7 of the Complaint as to venue only, otherwise, FLORIDA FIRST denies the remaining allegations and demands strict proof thereof.

## FACTS COMMON TO ALL CAUSES OF ACTION

**A. The Telephone Consumer Protection act of 1991**

8. FLORIDA FIRST admits that the TCPA is a statute, the terms of which speak for itself. To the extent that the allegations of paragraph 8 of the Complaint are consistent with that statute, FLORIDA FIRST admits those allegations. To the extent, however, that the allegations are inconsistent with that statute, FLORIDA FIRST denies those allegations and demands strict proof thereof.

9. FLORIDA FIRST admits that the TCPA is a statute, the terms of which speak for itself. To the extent that the allegations of paragraph 9 of the Complaint are consistent with that statute, FLORIDA FIRST admits those allegations. To the extent, however, that the allegations are inconsistent with that statute, FLORIDA FIRST denies those allegations and demands strict proof thereof.

10. FLORIDA FIRST admits that the findings by the FCC are documents, the terms of which speak for themselves. To the extent that the allegations of paragraph 10 of the Complaint are consistent with those documents, FLORIDA FIRST admits those allegations. To the extent, however, that the allegations are inconsistent with those documents, FLORIDA FIRST denies those allegations and demands strict proof thereof.

11. FLORIDA FIRST admits that the 2012 FCC Order is a document, the terms of which speak for itself. To the extent that the allegations of paragraph 11 of the Complaint are consistent with that document, FLORIDA FIRST admits those allegations. To the extent, however, that the allegations are inconsistent with that document, FLORIDA FIRST denies those allegations and demands strict proof thereof.

**B. Defendant's Calls to Plaintiff and Class Members**

12. FLORIDA FIRST denies the allegations set forth in paragraph 12 of the Complaint as phrased, and demands strict proof thereof.

13. FLORIDA FIRST denies the allegations set forth in paragraph 13 of the Complaint, as phrased, and demands strict proof thereof.

14. FLORIDA FIRST denies the allegations set forth in paragraph 14 of the Complaint, as phrased, and demands strict proof thereof.

15. FLORIDA FIRST denies the allegations set forth in paragraph 15 of the Complaint, and demands strict proof thereof.

16. FLORIDA FIRST denies the allegations set forth in paragraph 16 of the Complaint, and demands strict proof thereof.

## CLASS ACTION ALLEGATIONS

17. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 17 of the Complaint and therefore denies same and demands strict proof thereof.

18. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 18 of the Complaint and therefore denies same and demands strict proof thereof.

19. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 19 of the Complaint and therefore denies same and demands strict proof thereof.

20. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 20 of the Complaint and therefore denies same and demands strict proof thereof.

21. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 21 of the Complaint and therefore denies same and demands strict proof thereof.

22. FLORIDA FIRST denies the allegations set forth in paragraph 22 of the Complaint, as phrased, and demands strict proof thereof.

23. FLORIDA FIRST denies the allegations set forth in paragraph 23 of the Complaint, and demands strict proof thereof.

24. FLORIDA FIRST denies the allegations set forth in paragraph 24 of the Complaint, and demands strict proof thereof.

25. FLORIDA FIRST denies the allegations set forth in paragraph 25 of the Complaint, as phrased, and demands strict proof thereof.

26. FLORIDA FIRST denies the allegations set forth in paragraph 26 of the Complaint, as phrased, and demands strict proof thereof.

27. FLORIDA FIRST is without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 27 of the Complaint and therefore denies same and demands strict proof thereof.

28. FLORIDA FIRST denies the allegations set forth in paragraph 28 of the Complaint, and demands strict proof thereof.

29. FLORIDA FIRST denies the allegations set forth in paragraph 29 of the Complaint, and demands strict proof thereof.

### CAUSES OF ACTION
### FIRST COUNT
### KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACCT, 47 U.S.C. Section 227, *et seq.*

30. In paragraph 30, the PLAINTIFF realleges and incorporates by reference the foregoing paragraphs of the Complaint as fully stated herein. Accordingly, for its response to paragraph 30 in the Complaint, FLORIDA FIRST adopts and realleges its responses to foregoing paragraphs as if fully set forth herein.

31. FLORIDA FIRST denies the allegations set forth in paragraph 31 of the Complaint, and demands strict proof thereof.

32. FLORIDA FIRST denies the allegations set forth in paragraph 32 of the Complaint, and demands strict proof thereof.

33. FLORIDA FIRST denies the allegations set forth in paragraph 33 of the Complaint, and demands strict proof thereof.

34. FLORIDA FIRST denies the allegations set forth in paragraph 34 of the Complaint, and demands strict proof thereof.

## SECOND COUNT
## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT
## 47 U.S.C. SECTION 227, *et seq.*

35. In paragraph 35, the PLAINTIFF realleges and incorporates by reference the foregoing paragraphs of the Complaint as fully stated herein. Accordingly, for its response to paragraph 35 in the Complaint, FLORIDA FIRST adopts and realleges its responses to foregoing paragraphs as if fully set forth herein.

36. FLORIDA FIRST denies the allegations set forth in paragraph 36 of the Complaint, and demands strict proof thereof.

37. FLORIDA FIRST denies the allegations set forth in paragraph 37 of the Complaint, and demands strict proof thereof.

38. FLORIDA FIRST denies the allegations set forth in paragraph 38 of the Complaint, and demands strict proof thereof.

39. FLORIDA FIRST denies the allegations set forth in paragraph 39 of the Complaint, and demands strict proof thereof.

## AFFIRMATIVE DEFENSES

40. As its first Affirmative Defense, FLORIDA FIRST states that the Complaint fails to state a cause of action upon which relief can be granted because the PLAINITFF provided consent to receive telephone calls by FLORIDA FIRST.

41. As its second Affirmative Defense, FLORIDA FIRST states that the Complaint fails to state a cause of action upon which relief can be granted against FLORIDA FIRST because the Plaintiff obtained the Plaintiff's contact information from Media Alpha, a third party media company.

## JURY DEMAND

42. FLORIDA FIRST demands a trial by jury of all issues so triable.

Dated: September 24, 2018
Boca Raton, Florida

**SHENDELL & POLLOCK, P.L.**
*Attorneys for Florida First Insurance Agency, LLC*
2700 North Military Trail
Suite 150
Boca Raton, Florida 33431
Tel: 561 241-2323
Fax: 561-241-2330
Email: brett@shendellpollock.com
          rachel@shendellpollock.com

By: *s/ Brett R. Bloch, Esq.*
    Brett R. Bloch, Esq.
    Florida Bar No.: 0490891
    Rachel R. Schrager, Esq.
    Florida Bar No.: 097782

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 24th day of September, 2018. I also certify that the foregoing document is being served this day on Scott Bursor**,** Bursor & Fisher, P.A., 2665 South Bayshore

Drive, Suite 220, Miami, Florida 33133, scott@bursor.com in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            By: *s/ Brett R. Bloch, Esq.*
                                                  Brett R. Bloch, Esq.