UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No.: 18-cv-61694-FAM

| |
|---|
| DONNA COOPER, on Behalf of Herself and all Others Similarly Situated, <br><br>       Plaintiff,<br><br> v.<br><br>FLORIDA FIRST INSURANCE AGENCY, LLC,<br><br>       Defendant. |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

  In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Blair E. Reed of the law firm of Bursor & Fisher, P.A., 1990 N. California Blvd., Suite 940, Walnut Creek, California 94596, 925-300-4455, for purposes of appearance as co-counsel on behalf of Plaintiff Donna Cooper and the putative class in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Blair E. Reed to receive electronic filings in this case, and in support thereof states as follows:

  1.  Blair E. Reed is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of the State of California, and the United States District Courts for the Northern, Central, Eastern and Southern Districts of California.

2. Movant, Scott A. Bursor of the law firm of Bursor & Fisher, P.A., 2665 South Bayshore Drive, Suite 220, Miami, Florida 33133, 305-330-5512, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Blair E. Reed has made payment of this Court's $75 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Blair E. Reed, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Blair E. Reed at email address: breed@bursor.com.

WHEREFORE, Scott Bursor moves this Court to enter an Order allowing Blair E. Reed to appear before this Court on behalf of Plaintiff Donna Cooper and the putative class for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Blair E. Reed.

Dated:  October 9, 2018                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
        Scott A. Bursor (SBN 68362)

2665 South Bayshore Drive,
Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email:   scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

Case No. 18-cv-61694-FAM

DONNA COOPER, on Behalf of Herself and all Others Similarly Situated,

        Plaintiff,

v.

FLORIDA FIRST INSURANCE AGENCY, LLC,

        Defendant.

**CERTIFICATION OF BLAIR E. REED**

Blair E. Reed, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bar of the State of California, and the United States District Courts for the Northern, Central, Eastern and Southern Districts of California.

                                              */s/ Blair E. Reed*
                                                Blair E. Reed

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system to all parties of record.

**BURSOR & FISHER, P.A.**

By:   */s/ Scott A. Bursor*
Scott A. Bursor (State Bar No. 68362)
2665 South Bayshore Drive,
Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email:   scott@bursor.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**

Case No. 18-cv-61694-FAM

DONNA COOPER, on Behalf of Herself and all Others Similarly Situated,

                Plaintiff,

   v.

FLORIDA FIRST INSURANCE AGENCY, LLC,

                Defendant.

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

THIS CAUSE having come before the Court upon Plaintiff Donna Cooper's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. THE COURT has considered the Motion and has been sufficiently advised. It is **ORDERED AND ADJUDGED** that:

Plaintiff Donna Cooper's Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing is **GRANTED**. Blair E. Reed may appear and participate in this action on behalf of Plaintiff Donna Cooper and the putative class. Designated local counsel, Scott A. Bursor, Esq., shall, pursuant to Rule 4 of the Local Rules Governing Admission and Practice of Attorneys, be served with all papers in this action and ensure counsel who is appearing *pro hac vice* complies with this Court's orders and all applicable rules. The Clerk is **DIRECTED** to add the following email address to the docket, to ensure counsel admitted *pro hac vice* receives all future notices of electronic filing: breed@bursor.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____, 2018.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Seltzer
All Counsel of Record