UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61694-FAM

DONNA COOPER, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

FLORIDA FIRST INSURANCE AGENCY, LLC,

        Defendant.

**PLAINTIFF'S SCHEDULING REPORT**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1(b), Plaintiff Donna Cooper ("Plaintiff") hereby submits the following Scheduling Report and requests that this case be assigned to the standard case management track. Plaintiff independently submits this Scheduling Report. After numerous attempts to meet and confer with Defendant, which are outlined in the Declaration of Blair E. Reed filed herewith, Defendant has not participated in the preparation of this document as required by Local Rule 16.1(b)(6).

1. **Likelihood Of Settlement--Local Rule 16.1(b)(2)(A)**

Plaintiff is hopeful this matter can be resolved prior to trial, but settlement is unlikely at this time.

2. **Likelihood Of Appearance In The Action Of Additional Parties--Local Rule 16.1(b)(2)(B)**

Plaintiff does not anticipate adding any additional parties at this time.

3. **Proposed Limits On Time--Local Rule 16.1(b)(2)(C)**

See Proposed Scheduling Order attached as Exhibit "1."

4. **Proposals For The Formulation And Simplification Of Issues--Local Rule 16.1(b)(2)(D)**

Plaintiff agrees to cooperate in trying to simplify the issues for the Court but has no specific proposals at this time.

5. **Necessity or Desirability Of Amendments To The Pleadings--Local Rule 16.1(b)(2)(E)**

Plaintiff does not anticipate amending the pleadings; an amendment deadline that occurs 60 days after the entry of the Scheduling Order appears reasonable to both sides.  Plaintiff reserves the right to seek leave to amend in accordance with Rule 15 of the Federal Rules of Civil Procedure.

6. **Admissions And Stipulations That Would Avoid Unnecessary Proof--Local Rule 16.1(b)(2)(F)**

Plaintiff agrees to work with Defendant regarding admissions of fact and of documents, electronically stored information, and other things to avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.

7. **Suggestions For The Avoidance Of Unnecessary Proof And Of Cumulative Evidence--Local Rule 16.1(b)(2)(G)**

Plaintiff agrees to work with Defendant to avoid unnecessary proof and cumulative evidence but has no specific suggestions at this time.

8. **Referral Of Matters To Magistrate Judge--Local Rule 16.1(b)(2)(H)**

The parties have been referred to United States Magistrate Judge Barry S. Seltzer for all pretrial proceedings.

9. **Preliminary Estimate of Time Required for Trial--Local Rule 16.1(b)(2)(I)**

Plaintiff estimates at this time that trial likely will take five (5) days, although future rulings in the case could affect that estimate.

10. **Requested Date or Dates for Conferences Before Trial, a Final Pretrial Conference, and Trial--Local Rule 16.1(b)(2)(J)**

Plaintiff requests a final pretrial conference 30 days prior to the trial date.

11. **Issues About Disclosure, Discovery, Claims Of Privilege And Preservation Of Electronically Stored Information --Local Rule 16.1(b)(2)(K)**

Plaintiff agrees to use the Court's ESI Checklist.  Plaintiff proposes service of discovery by e-mail.

12. **Other Information that Might be Helpful to the Court--Local Rule 16.1(b)(2)(L)**

None at this time.

Dated: October 16, 2018

**BURSOR & FISHER, P.A.**

By: ___/s/ Scott A. Bursor___
        Scott A. Bursor

Scott A. Bursor (SBN 68362)
2665 South Bayshore Drive,
Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
Email:   scott@bursor.com

Blair E. Reed (Admitted *Pro Hac Vice*)
1990 North California Blvd.,
Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: breed@bursor.com

*Attorneys For Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned certifies that a true and correct copy of the foregoing Joint Scheduling Report was served electronically on all counsel of record on October 16, 2018 by operation of the Court's CM/ECF system.

              **BURSOR & FISHER, P.A.**

             By: */s/ Scott A. Bursor*
                Scott A. Bursor

             Scott A. Bursor (SBN 68362)
             2665 South Bayshore Drive,
             Suite 220
             Miami, FL 33133
             Telephone: (305) 330-5512
             Facsimile: (305) 676-9006
             Email: scott@bursor.com