UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61694-CIV-MORENO/SELTZER

DONNA COOPER, on behalf of herself
and all others similarly situated,,

    Plaintiff,

vs.

FLORIDA FIRST INSURANCE
AGENCY, LLC,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR *PRO HAC VICE* APPEARANCE
## OF L. TIMOTHY FISHER, ESQ.

**THIS CAUSE** is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [DE 19] submitted on behalf of L. Timothy Fisher, Esq., and it appearing that all requirements of Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys have been met and the Court being otherwise sufficiently advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings [DE 19] is **GRANTED**. L. Timothy Fisher, Esq., shall appear *pro hac vice* on behalf of Plaintiff Donna Cooper, in the above-styled action. Failure to abide by any Court order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney Scott A. Bursor of the law firm of Bursor & Fisher, P.A., is designated as the local counsel with whom the Court and opposing counsel may communicate, upon whom papers may be served, and who will be required to electronically file all documents

and things that may be filed electronically. Local counsel must be ready to adequately represent Plaintiff at any time.

It is further **ORDERED** that the Clerk shall provide electronic notification of all filings to L. Timothy Fisher, Esq., at ltfisher@bursor.com.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of December 2018.

/s/ Barry S. Seltzer
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Counsel of record via CM/ECF