UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-cv-61694-FAM

DONNA COPPER, on Behalf of Herself
and all Other similarly Situated,

    Plaintiff,

vs.

FLORIDA FIRST INSURANCE AGENCY,
LLC

    Defendant.
_____/

## NOTICE OF COMPLIANCE WITH DECEMBER 17, 2018 COURT ORDER

The Defendant, FLORIDA FIRST INSURANCE AGENCY, LLC, by and through its undersigned counsel, hereby gives its notice of compliance with the Order on Plaintiff's, Donna Cooper, Motion to Compel Defendant to Produce Documents dated December 17, 2018 [D.E. 18]. Defendant's documents responsive to Plaintiff's Request for Production Numbers 3, 5, 6, 7, 8, 9, 10, 11, 12, and 13 were provided to counsel by electronic mail on January 4, 2019.

*[CERTIFICATE OF SERVICE TO FOLLOW]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 7th day of January, 2019. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Brett R. Bloch*
Brett R. Bloch, Esq.

## SERVICE LIST

Scott A. Bursor, Esq.
Bursor & Fisher, P.A.
2665 S. Bayshore Drive
Suite 220
Miami, FL 33133
scott@bursor.com

*Attorney for Plaintiff*
**[VIA CM/ECF]**